# 6

## United States Magistrate Judge Patrick M. Hunt

**FORT LAUDERDALE 310**   Date: 06/06/2025   Time: 10:30AM

Defendant: DENNARD DOBARD   J#: 86377-511   Case #: 25-60128-CR-DIMITROULEAS
AUSA: J. COOLEY AND COREY O'NEAL   Attorney: DAVID DONET, JR
Violation: 21:U.S.C.§846 CONSPIRACY TO DISTRIBUTE AND PWID A CONTROLLED SUBSTANCE
Proceeding: PRETRIAL DETENTION AND ARRAIGNMENT   CJA Appt:
Bond/PTD Held: ☐ Yes  ☒ No   Recommended Bond:
Bond Set at: DEFENDANT DETAINED   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☒ Other: PLEASE REFER TO BOND FOR CONDITIONS OF RELEASE

Language: ENGLISH

Disposition:
DEFENDANT PRESENT IN COURT WITH COUNSEL. GOVT PROCEED BY PROFFER (SUPPLEMENTAL) SW, JENCKS MATERIAL, SOME DISCOVERY. SWORN/TEST FBI AGENT CHELSEY HIBSCH. CROSS-EXAMINED BY ALL THREE ATTORNEYS CARIGLIO, FRIEDMAN AND DONET. GOVT EXHIBITS 1-3 ADMITTED (PHOTO IN LAPTOP) BRIEF RE-DIRECT. ORAL ARGUMENT. COURT GRANTS GOVT ORE TENUS MOTION FOR DETENTION. DEFT DETAINED. ORDER TO FOLLOW. READING OF INDICTMENT WAIVED. NOT GUILTY PLEA. SDO REQUESTED DEFT ORE TENUS FOR SDO GRANTED

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:42:10-13:11:26   Time in Court: 2 HOURS AND 30 MINS

Page: Type #